UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Cynthia M. Kennon v. Bayer HealthCare Pharmaceuticals, Inc., et al.*     No. 3:10-cv-13714-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 15, 2013, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
     Deputy Clerk

Dated: April 16, 2013

Digitally signed by
David R. Herndon
Date: 2013.04.16
11:34:55 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT